IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES EDWARD GRANT,

JUDGMENT IN A CIVIL CASE

Plaintiff,

15-cv-572-jdp

v.

TOM HERNANDEZ, CHEF SUE,
CHEF HARRY, CHEF KATHY,
CHEF AMY, CHEF MIKE, CHEF DAVE,
CHEF CHRISTINE,
BARBARA ROBAKOWSKI,
WISCONSIN RESOURCE CENTER, and
WINNEBAGO MENTAL HEALTH
INSTITUTE,

Defendants.

This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff James Edward Grant's failure to state a claim upon which relief may be granted.

| /s/ | 2/27/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |